### DEAN v. CROSSFIELD.

(Decided January 22, 1929.)

E. H. Gaither for movant.

C. E. Rankin and Roy E. Graves opposed.

PER CURIAM. Judgment for $413.92 in an action on order of general attachment in favor of the Mercer National Bank.

Appeal denied. Judgment affirmed.

### OHIO VALLEY ELECTRIC RAILWAY CO. v. HURT.

(Decided January 29, 1929.)

Martin & Smith for movant.

Dysard & Miller opposed.

PER CURIAM. Judgment for $260 in an action for damages.

Appeal denied. Judgment affirmed.

### LOWE, ETC. v. LOWE.

(Decided February 5, 1929.)

Staton & Keesee for movant.

W. B. Taylor opposed.

PER CURIAM. Judgment for $200 in an action on note for purchase money for land.

Appeal denied. Judgment affirmed. Gering v. Hoke, 164 Ky. 722, 176 S. W. 210.

### MOORE v. COMMONWEALTH.

(Decided February 5, 1929.)

Caudill & Tackett for movant.

J. W. Cammack, Atty. Gen., and Geo. H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $300 and 30 days in jail.

Appeal dismissed without damages, on authority of section 348, Criminal Code, Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25, and Oman-B. G. Stone Co. v. L. & N. R. Co., 169 Ky. 832, 185 S. W. 118.